**United States Bankruptcy Court**
**Central District of California**

**IN RE:**                                                                                                  Case No. **2:10-bk-23627-VZ**

**Key, Timothy Neil & Key, Sharon Jean**                            Chapter **13**
                                 Debtor(s)

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ____ No ✓

Indicate below which schedule(s) is(are) being amended.

        A ✓    B ✓    C ✓    D ✓    E ____    F ____    G ____    H ✓    I ____    J ✓

                Statement of Affairs _____    Statement of Intentions _____    Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

*** FOR COURT USE ONLY ***

Date: **June 9, 2010**

Signature: ***/s/ Timothy Neil Key***
                                                                 *Debtor*

Signature: ***/s/ Sharon Jean Key***
                                                              *(Joint Debtor, if any)*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
888 S. Figueroa Street, Ste 1970
Los Angeles, CA. 90017

A true and correct copy of the foregoing document described <u>DEBTOR'S AMENDED SCHEDULES OR DOCUMENTS</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9 June 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Leon D Bayer    bkcyattys@aol.com, bwlecf@gmail.com
Nancy K Curry    ecfnc@trustee13.com
Joe M Lozano    notice@NBSDefaultServices.com
Marcus G Tiggs    marcus@debt-relief-bankruptcy.com, bwlecf@gmail.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    9 June 2010    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*

<u>Request for Special Notice</u>
BAC Home Loans Servicing LP
7105 Corporate Drive
Plano, Texas 75024

Bureau Of Recovery LLC
1813 East Dyer Rod Ste 411
Santa Ana, CA 92705

Allied International Credit Corp
Attn: Anthony Berry
100 E. Shore Dr, 3rd Floor
Glen Allen, VA 23059

OMS
135 Maxess Rd
Melville, NY 11747

Christopher Key
10244 Wescott Avenue
Sunland, CA. 91040

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9 June 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

<u>Judge's Copy (Personal Delivery Bin outside of Suite 1360)</u>
Hon. Vincent Zurzolo
U..S. Bankruptcy Court, Roybal Federal Building
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9 June 2010 | MEGAN E. CARON | /s/Megan E. Caron |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1

IN RE **Key, Timothy Neil & Key, Sharon Jean** _____ Case No. **2:10-bk-23627-VZ**
                           Debtor(s)                                                                                  (If known)

## AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---:|---:|
| **Lake Tahoe Timeshare (1 week)-free & clear** | **1/3 interest** | **C** | **1,000.00** | **0.00** |
| **Las Vegas, NV Timeshare (1 week)-free & clear** | **Fee Simple** | **C** | **3,000.00** | **0.00** |
| **Palm Springs, CA Timeshare (1 week)-free & clear** | **Fee Simple** | **C** | **5,000.00** | **0.00** |
| **Single family residence located at 10244 Wescott Avenue, Sunland, CA 91040.** | **Fee Simple** | **C** | **362,000.00** | **564,457.49** |
| | | **TOTAL** | **371,000.00** | |

(Report also on Summary of Schedules)

IN RE **Key, Timothy Neil & Key, Sharon Jean** _____ Case No. **2:10-bk-23627-VZ** _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with All City Federal Credit Union** | C | 70.00 |
|  |  | **Checking and Savings Accounts with US Bank** | C | 166.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household Goods and Furnishings** | C | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | C | 150.00 |
| 7. Furs and jewelry. | | **Jewelry** | C | 3,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Unmatured term life insurance; no cash surrender value.** | C | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Key, Timothy Neil & Key, Sharon Jean** _____ Case No. **2:10-bk-23627-VZ**
Debtor(s) _____ (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Toyota Highlander (salvaged free & clear).** | **C** | **8,225.00** |
| | | **2006 Lexus RX330 (salvaged-free & clear)** | **C** | **20,125.00** |
| | | **2007 Honda Ridgeline, subject to a balance of $16,446.19** | **C** | **15,275.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Key, Timothy Neil & Key, Sharon Jean** _____
        Debtor(s)

Case No. **2:10-bk-23627-VZ**
        (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **52,011.00** |

**0** continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Key, Timothy Neil & Key, Sharon Jean**                                                     Case No. **2:10-bk-23627-VZ**
                              Debtor(s)                                                                                    (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Single family residence located at 10244 Wescott Avenue, Sunland, CA 91040.** | **CCCP § 703.140(b)(1)** | **1.00** | **362,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking Account with All City Federal Credit Union** | **CCCP § 703.140(b)(5)** | **70.00** | **70.00** |
| **Checking and Savings Accounts with US Bank** | **CCCP § 703.140(b)(5)** | **166.00** | **166.00** |
| **Household Goods and Furnishings** | **CCCP § 703.140(b)(3)** | **5,000.00** | **5,000.00** |
| **Clothing** | **CCCP § 703.140(b)(3)** | **150.00** | **150.00** |
| **Jewelry** | **CCCP § 703.140(b)(4)**<br>**CCCP § 703.140(b)(5)** | **1,350.00**<br>**1,650.00** | **3,000.00** |
| **2004 Toyota Highlander (salvaged free & clear).** | **CCCP § 703.140(b)(5)** | **4,514.00** | **8,225.00** |
| **2006 Lexus RX330 (salvaged-free & clear)** | **CCCP § 703.140(b)(2)**<br>**CCCP § 703.140(b)(5)** | **3,525.00**<br>**16,600.00** | **20,125.00** |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

IN RE **Key, Timothy Neil & Key, Sharon Jean** _____ Case No. **2:10-bk-23627-VZ**
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4652**<br>**Bank of America Home Loans**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | | C | **12/05- Second deed of trust (05-3146320 recorded 12/21/05 on SFR located at 10244 Wescott Avenue, Sunland, CA 91040.**<br>VALUE $ **362,000.00** | | | | **384,984.97** | **91,165.35** |
| ACCOUNT NO. **4398**<br>**Wachovia Dealer Services Dept.**<br>**PO Box 25341**<br>**Santa Ana, CA 92799-5341** | X | C | **2007 Honda Ridgeline (current omit from plan)**<br>VALUE $ **15,275.00** | | | | **22,000.00** | **6,725.00** |
| ACCOUNT NO. **9014**<br>**Washington Mutual**<br>**PO Box 78065**<br>**Phoenix, AZ 85062-8565** | | C | **9/06-Third deed of trust (06-2097122 recorded 9/20/06 on SFR located at 10244 Wescott Avenue, Sunland, CA 91040.**<br>VALUE $ **362,000.00** | | | | **111,292.14** | **111,292.14** |
| ACCOUNT NO.<br>**Bureau Of Recovery LLC**<br>**1813 East Dyer Rod Ste 411**<br>**Santa Ana, CA 92705** | | | **Assignee or other notification for: Washington Mutual**<br>VALUE $ | | | | | |

___**1**___ continuation sheets attached

Subtotal (Total of this page) $ **518,277.11**　$ **209,182.49**

Total (Use only on last page) $　$

(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Key, Timothy Neil & Key, Sharon Jean**     Case No. **2:10-bk-23627-VZ**
Debtor(s)     (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9708**<br>**Washington Mutual**<br>**PO Box 78065**<br>**Phoenix, AZ 85062-8065** | C | **11/05- First deed of trust (05-2665859 recorded 11/3/05 on SFR located at 10244 Wescott Avenue, Sunland, CA 91040.**<br><br>VALUE $ **362,000.00** | | | | **68,180.38** | |
| ACCOUNT NO.<br>**Allied International Credit Corp**<br>**Attn: Anthony Berry**<br>**100 E. Shore Dr, 3rd Floor**<br>**Glen Allen, VA 23059** | | **Assignee or other notification for: Washington Mutual**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**OMS**<br>**135 Maxess Rd**<br>**Melville, NY 11747** | | **Assignee or other notification for: Washington Mutual**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | <br>VALUE $ | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **68,180.38** $

Total (Use only on last page) $ **586,457.49** $ **209,182.49**

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Key, Timothy Neil & Key, Sharon Jean**      Case No. **2:10-bk-23627-VZ**
                          Debtor(s)                                                     (If known)

## AMENDED SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christopher Key**<br>10244 Wescott Avenue<br>Sunland, CA  91040 | **Wachovia Dealer Services Dept.**<br>PO Box 25341<br>Santa Ana, CA  92799-5341 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Key, Timothy Neil & Key, Sharon Jean** _____ Case No. **2:10-bk-23627-VZ**
                                      Debtor(s)                                                          (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home) **(2nd Trust Deed Mortgage)**     $ **2,307.00**
    a. Are real estate taxes included?  Yes **✓**  No ____
    b. Is property insurance included?  Yes **✓**  No ____
2. Utilities:
    a. Electricity and heating fuel    $ **300.00**
    b. Water and sewer    $ **80.00**
    c. Telephone    $ **75.00**
    d. Other **Cable/Internet**    $ **81.00**
        **1st Deed Of Trust Mortgage`**    $ **170.14**
3. Home maintenance (repairs and upkeep)    $ **50.00**
4. Food    $ **575.00**
5. Clothing    $ **50.00**
6. Laundry and dry cleaning    $ **80.00**
7. Medical and dental expenses    $ **350.00**
8. Transportation (not including car payments)    $ **250.00**
9. Recreation, clubs and entertainment, newspapers, magazines, etc.    $
10. Charitable contributions    $ **50.00**
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's    $
    b. Life    $ **135.00**
    c. Health    $
    d. Auto    $ **375.00**
    e. Other _____    $
    _____    $
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____    $
    _____    $
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto    $ **628.68**
    b. Other _____    $
    _____    $
14. Alimony, maintenance, and support paid to others    $
15. Payments for support of additional dependents not living at your home    $ **165.00**
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)    $
17. Other **Family Grooming**    $ **80.00**
    _____    $
    _____    $

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ **5,801.82**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**Joint Debtor was diagnosed with advanced Parkinson's disease in March of 2008. Debtors also have a substantial amount of dental work that needs to be completed immediately, thus out-of-pocket medical expenses are high. Debtors have reduced their contributions in support of their family members and to charitable organizations in order to make their Ch. 13 plan feasible.**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I    $ **7,335.00**
    b. Average monthly expenses from Line 18 above    $ **5,801.82**
    c. Monthly net income (a. minus b.)    $ **1,533.18**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only