# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: __BAYER, WISHMAN & LEOTTA__  Atty Name (If applicable): __Leon D. Bayer__

Street Address: __1055 Wilshire Blvd., Ste 1900__  CA Bar No. (If applicable): __89027__

__Los Angeles, CA 90017__  Atty Fax No. (If applicable): __213-629-8802__

Filer's Telephone No.: __213-629-8801__

In re: TIMOTHY NEIL KEY, and SHARON JEAN KEY,

Case No.: __2:10-bk-23627-VZ__

Chapter 7 ____  11 ____  13 __x__

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ____    No __x__

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____ B ____ C ____ D ____ E ____ F ____ G ____ H ____ I __x__ J __x__

Statement of Social Security Number(s) ____    Statement of Financial Affairs ____

Statement of Intention ____    Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, __Timothy and Sharon Key__, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: __NOV 13 2013__

_/s/ Timothy Key_
Debtor Signature
Timothy Neil Key

_/s/ Sharon J. Key_
Co-Debtor Signature
Sharon Jean Key

** FOR COURT USE ONLY **

**SEE REVERSE SIDE**

B-1008 Revised November 2011

IN RE **Key, Timothy Neil & Key, Sharon Jean** _____ Case No. **LA10-23627VZ**
Debtor(s) (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Child<br>Child<br>Child | AGE(S):<br>14<br>16<br>22 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Senior Building Inspector | |
| Name of Employer | City Of Los Angeles | |
| How long employed | 25 years | |
| Address of Employer | 201 N. Figueroa Street #400<br>Los Angeles, CA 90012 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 6,658.00 | $ |
| 2. Estimated monthly overtime | $ | $ |
| 3. SUBTOTAL | $ 6,658.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 390.00 | $ |
| b. Insurance | $ 220.00 | $ |
| c. Union dues | $ 42.00 | $ |
| d. Other (specify) LA City Retirement | $ 1,000.00 | $ |
| | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,652.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 5,006.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) **State Disability (Joint Debtor And Daughters)** | $ | $ 1,553.00 |
| | $ | $ |
| | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | $ 1,553.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 5,006.00 | $ 1,553.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ 6,559.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

IN RE **Key, Timothy Neil & Key, Sharon Jean** _____ Case No. **LA10-23627VZ**
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)　　　　　　　　　　　$　　2,307.00
   a. Are real estate taxes included?  Yes ✓  No ___
   b. Is property insurance included?  Yes ✓  No ___
2. Utilities:
   a. Electricity and heating fuel　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　300.00
   b. Water and sewer　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　　80.00
   c. Telephone　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　　75.00
   d. Other  **Cable/Internet**　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　　81.00
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$
3. Home maintenance (repairs and upkeep)　　　　　　　　　　　　　　　　　　　　　　　　$　　　100.00
4. Food　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　800.00
5. Clothing　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　150.00
6. Laundry and dry cleaning　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　　80.00
7. Medical and dental expenses　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　350.00
8. Transportation (not including car payments)　　　　　　　　　　　　　　　　　　　　　　$　　　574.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.　　　　　　　　　　　　　$　　　100.00
10. Charitable contributions　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　　50.00
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$
    b. Life　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　135.00
    c. Health　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$
    d. Auto　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　200.00
    e. Other _____　$
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____　$
    _____ $
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$
    b. Other _____　$
    _____ $
14. Alimony, maintenance, and support paid to others　　　　　　　　　　　　　　　　　　　$
15. Payments for support of additional dependents not living at your home　　　　　　　　　　$　　　165.00
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)　$
17. Other  **Family Grooming**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　　80.00
    　　　　**Joint Debtor's Personal Care (Incontinence)**　　　　　　　　　　　　　　　$　　　　45.00
    _____ $

18. **AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.　　　　　　　$　　5,672.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**Joint Debtor was diagnosed with advanced Parkinson's disease in March of 2008. Debtors also have a substantial amount of dental work that needs to be completed immediately, thus out-of-pocket medical expenses are high. Debtors have reduced their contributions in support of their family members and to charitable organizations in order to make their Ch. 13 plan feasible.**

20. **STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I　　　　　　　　　　　　　　　　$　　6,559.00
    b. Average monthly expenses from Line 18 above　　　　　　　　　　　　　　　　　　　$　　5,672.00
    c. Monthly net income (a. minus b.)　　　　　　　　　　　　　　　　　　　　　　　　　$　　　887.00

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BAYER, WISHMAN & LEOTTA, 1055 WILSHIRE BLVD, STE 1900, LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled (specify): AMENDED SCHEDULES I AND J

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 11/13/2013____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 11/13/2013____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.
Debtors, Timothy and Sharon Key, 10244 Wescott Avenue, Sunland, CA 91040.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/13/2013 | ELIZABETH MURPHY | /S/ ELIZABETH MURPHY |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Leon D Bayer | bkcyattys@aol.com, bwlecf@gmail.com |
| Nancy K Curry, Trustee | ecfnc@trustee13.com |
| Biana Hamady | ecf@shermeta.com |
| Merdaud Jafarnia | bknotice@mccarthyholthus.com, mjafarnia@mccarthyholthus.com |
| Bernard J Kornberg | bjk@severson.com |
| Joe M Lozano | notice@NBSDefaultServices.com |
| Hope Russell | hope.russell@bankofamerica.com |
| Kquemura Smith | kquemura.r.smith@bankofamerica.com |
| Bill Taylor | ecfnotices@4stechnologies.com |
| Marcus G Tiggs | mtiggs@lawbwl.com, bwlecf@gmail.com |
| United States Trustee | ustpregion16.la.ecf@usdoj.gov |

**2. TO BE SERVED BY UNITED STATES CERTIFIED MAIL:**


**2. TO BE SERVED BY UNITED STATES FIRST CLASS POSTAL MAIL:**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE